# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEPHANIE ROBERTS,

       Plaintiff(s),

v.

SMITH'S FOOD & DRUG CENTERS, INC., et al.,

       Defendant(s).

2:11-CV-1917 JCM (GWF)

### ORDER

Presently before the court is plaintiff Stephanie Roberts' second motion to continue trial. (Doc. # 46).

Plaintiff seeks to continue the trial date, currently set for January 6, 2014, for six months. Plaintiff argues that, because plaintiff's counsel has two firm trial settings in January and February of 2014, that trial in this case should be continued until June 2014.

Defendant Smith's Food and Drug Centers, Inc. filed an opposition (doc. # 48), arguing that plaintiff's counsel's congested trial calendar does not create good cause to continue trial in this case.

Pursuant to local rules 6-1 and 26-4, a trial court may grant a motion to continue a trial date if good cause exists. "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (internal quotation marks omitted).

. . .

**James C. Mahan**
**U.S. District Judge**

1  Though the conflicts with other trials that plaintiffs' counsel is involved in create good cause
2 to continue trial in the instant case, it is unclear why plaintiff requests a six-month continuance when
3 she only points to scheduling conflicts in January and early February 2014. For this reason, the court
4 finds that there is good cause to support only a two-month continuance of trial in this case.

5  Accordingly,

6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion to
7 continue trial (doc. # 46) be, and the same hereby is, GRANTED in part. Trial of this case is
8 scheduled for **Monday, March 3, 2014, at the hour of 9:00 a.m.** Calendar call is scheduled for
9 **Wednesday, February 26, 2014, at the hour of 1:30 p.m.**

10  DATED December 17, 2013.

*[signature]*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -