JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE ROBERTS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-01917-JCM-GWF<br><br><br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their respective counsel participated in a Settlement Conference on November 18, 2014 before Magistrate Judge George Foley, Jr. during which the parties agreed upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between ROBERT M. ADAMS, ESQ. of the EGLET LAW GROUP, Attorneys for Plaintiff STEPHANIE ROBERTS, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that all claims herein of Plaintiff STEPHANIE ROBERTS

///
///
///
///
///

CLAC 2763179.1

against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 17 day of February, 2015.

| EGLET LAW GROUP | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Robert M. Adams | /s/ Jerry S. Busby |
| ROBERT M. ADAMS, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 006551 | Nevada Bar No. 001107 |
| 400 South Seventh Street | 6060 Elton Avenue – Suite A |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89107 |
| (702) 450-5400 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| STEPHANIE ROBERTS | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: February 19, 2015

2

CLAC 2763179.1